

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-22-00377-CR

Jose Andres **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7292
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

On June 29, 2022, the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. We therefore **ORDER** appellant to provide written proof to this court **by August 19, 2022** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record in writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court